# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| AAI Corporation, d/b/a Textron Systems, Unmanned Systems | ) ASBCA Nos. 61195, 61356<br>)           63055, 63088 |
| | ) |
| Under Contract No. W31P4Q-06-C-0292 | ) |

APPEARANCES FOR THE APPELLANT:      Frederic M. Levy, Esq.
                                    Nooree Lee, Esq.
                                    Michael Pierce, Esq.
                                    Daniel L. Russell, Jr., Esq.
                                    Victoria Barnard, Esq.
                                      Covington & Burling LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                      Army Chief Trial Attorney
                                    Angela M. Fortier, Esq.
                                    CPT Paula F. Barr, JA
                                    MAJ Joshua A. Reyes, JA
                                      Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 6, 2025

_____
MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61195, 61356, 63055, 63088, Appeals of AAI Corporation, d/b/a Textron Systems, Unmanned Systems, rendered in conformance with the Board's Charter.

Dated:  May 6, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals